**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **Jeremy McFarland**, | ) | |
| | ) | |
| Plaintiff, | ) | Hon. Hugh W. Brenneman, Jr. |
| | ) | |
| -v- | ) | |
| | ) | |
| **Diversified Consultants, Inc.**, | ) | **Case No. 1:06 CV 0779** |
| a Florida Corporation | ) | |
| Defendants. | ) | |
| _____) | | |

**ORDER OF DISMISSAL**

By stipulation of all parties who have appeared in this action, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties have agreed to the dismissal of this action with prejudice and with each party to bear her/its own costs and attorney fees.

Therefore, **IT IS HEREBY ORDERED** that this action is DISMISSED WITH PREJUDICE as to all parties, and with each party to bear his/its own costs and attorney fees.

DONE AND ORDERED this 20 day of April, 2007.

/s/ Hugh W. Brenneman, Jr.
U.S. Magistrate Judge